UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OMAR PARKS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 20-10260-IT |
| | * | |
| ANNIE DOOKHAN, *State Chemist*, | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

June 4, 2020

TALWANI, D.J.

For the reasons stated below, this action is dismissed without prejudice.

On February 10, 2020, *pro se* Plaintiff Omar Parks filed a Complaint [#1] and a Motion for Leave to Proceed *in Forma Pauperis* [#2]. In his Motion for Leave to Proceed *in Forma Pauperis*, Plaintiff represented that he was incarcerated at Bare Hill Correctional Facility.

On February 11, 2020, the court entered an Order [#4] denying the Motion for Leave to Proceed *in Forma Pauperis* on the ground that Plaintiff had not filed the six-month prison account statement required under 28 U.S.C. § 1915(a)(1). The clerk mailed a copy of this Order to Parks at Bare Hill Correctional Facility. On February 24, 2020, the mail was returned to the clerk as undeliverable. The public web site vinelink.com indicated that Plaintiff had been released on parole by the New York State Department of Corrections.

On April 24, 2020, the court issued another Order [#6] requiring Plaintiff to pay the $400 filing fee or submit a motion for leave to proceed *in forma pauperis* reflecting any changes in his financial circumstances resulting from his release. Plaintiff was warned that failure to do so

within twenty-one days could result in the dismissal of the action without prejudice. The <u>Order</u> was mailed to Plaintiff at the Brooklyn address he listed in the complaint. The <u>Order</u> has not been returned as undeliverable.

Plaintiff has not responded to the April 24, 2020 order concerning the filing fee, and the time for doing so has expired. Accordingly, the court orders that this action be DISMISSED without prejudice for failure to pay the filing fee.

IT IS SO ORDERED.

                                                  /s/ Indira Talwani
                                                United States District Judge

June 4, 2020